UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:18-cv-23282

MORGAN HOWARTH,

    Plaintiff,

v.

BORANO INC.,

    Defendant.

_____

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff MORGAN HOWARTH by and through his undersigned counsel, brings this Complaint against Defendant BORANO INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MORGAN HOWARTH ("HOWARTH"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Howarth's original copyrighted works of authorship.

2. Based in the Washington D.C. area, Howarth has been a photographer for over 25 years and focuses on interior and architecture work.  His rich and illustrative style brings architecture to life by combining a multitude of separately lit images into one perfect shot. Morgan has worked as a photographer for a multitude of national clients including Timex, Sears Catalog, The Lenox Hotel, Cole Haan Shoes, GH Bass Shoes, Timberland Shoe, CBS, and Home & Design Magazine, and has been exposed to many beautiful people and places throughout his

career. However, he still considers the best part of any assignment to be the client's final "Wow!"

3. Howarth uses a combination of tungsten, daylight, and strobe light to create the best possible natural looking light to suit the needs of each room or scene. This process takes several different exposures and lighting set-ups per image which are then combined into one Hi-Res image.

4. Defendant BORANO INC. ("Borano") is a manufacturer of handcrafted, furniture-quality, genuine Mahogany doors, windows and flooring.

5. Howarth alleges that Borano copied Howarth's copyrighted Work from the internet in order to advertise, market and promote its business activities. Borano committed the violations alleged in connection with Borano's business for purposes of advertising and promoting sales to the public in the course and scope of Borano's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Florida.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

10. Borano Inc. is a Florida Corporation with its principal place of business at 222 NE 27th Street, Miami, Florida, 33137, and can be served by serving its Registered Agent, Corporation Service Company, 1201 Hays Street, Tallahassee, Florida, 32301.

**THE COPYRIGHTED WORK AT ISSUE**

11. Howarth created a photograph entitled "Wilt_Store_TV_room_3", which is shown below and referred to herein as the "Work".



12. Howarth registered the Work with the Register of Copyrights on September 28, 2011 and was assigned the registration number VA 1-803-266. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Howarth was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

14. Borano has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Borano copied the Work.

16. Borano copied Howarth's copyrighted Work without Howarth's permission.

17. After Borano copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its custom Mahogany doors, windows and floor business.

18. Borano copied and distributed Howarth's copyrighted Work in connection with Borano's business for purposes of advertising and promoting Borano's business, and in the course and scope of advertising and selling products and services.

19. Howarth's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. Borano committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Howarth never gave Borano permission or authority to copy, distribute or display the Work at issue in this case.

22. Howarth notified Borano of the allegations set forth herein on March 19, 2018 and May 3, 2018. To date, the parties have failed to resolve this matter. Copies of the Notices to Borano are attached hereto as Exhibit 3.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY, BOCA RATON, FL 33431

## COUNT I
## COPYRIGHT INFRINGEMENT

23.     Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24.     Howarth owns a valid copyright in the Work at issue in this case.

25.     Howarth registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26.     Borano copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Howarth's authorization in violation of 17 U.S.C. § 501.

27.     Borano performed the acts alleged in the course and scope of its business activities.

28.     Howarth has been damaged.

29.     The harm caused to Howarth has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Borano that:

a.     Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.     Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon; and

d.     Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: August 13, 2018

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No: 98220
joel.rothman@sriplaw.com
ALEXANDER C. COHEN
Florida Bar No: 1002715
alex.cohen@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Morgan Howarth*